IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4042-01-CR-C-SOW |
| | ) | |
| ROBERT MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge William A. Knox's Report and Recommendation Concerning Plea of Guilty (Doc. #19). Defendant Robert McGee, by consent, appeared before Magistrate Knox on March 27, 2008 and entered a plea of guilty to Counts One and Two of the indictment filed on August 24, 2007. Having reviewed the Report and Recommendation provided by Magistrate Judge Knox, it is hereby

ORDERED that defendant Robert McGee's plea of guilty is accepted and defendant McGee is adjudged guilty. It is further

ORDERED that a Presentence Investigation Report be completed on defendant McGee.

__/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: __4/3/2008_____